# United States Bankruptcy Court
## District of Nevada

|          |                                         |
|----------|-----------------------------------------|
| To:      | David Krieger, Esq.                     |
| From:    | Gerald Buchanan, Case Administrator     |
| E–mail:  | gerald_buchanan@nvb.uscourts.gov        |
| Telephone: |                                       |

☑ Las Vegas    ☐ Reno

CM/ECF Customer Support Center [Toll Free]: (866) 232–1266

|                   |                           |
|-------------------|---------------------------|
| Case Number:      | 09–22893–lbr              |
| Document Number:  | 21                        |
| In Re:            | David & Claudette George  |
| Filed Date:       | 9/23/09                   |
| Title of PDF:     | Amended Chapter 13 Plan   |

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE TO THE ENTRY/ENTRIES:**

☐ Entered on incorrect case. Re–docketed on case number

☐ Order entry
    ☐ Text of the docket entry has been corrected
    ☐ Correct pdf attached

☐ Filing date corrected to

☐ Discrepancy in hearing information reflected on pdf and/or text.
    ☐ Amended Notice of Hearing should be filed.
    ☐ Docket text corrected
        ☐ Date is
        ☐ Time is
        ☐ Location is

☐ Summons Service Executed does not contain the address of service upon Defendant

☑ Other:
No hearing date/time listed on pdf